THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY BERMAN, Appellant. [729 NYS2d 920] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Marks, J.—Grand Larceny, 3rd Degree.) Present—Pigott, Jr., P. J., Wisner, Scudder, Kehoe and Burns, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES P. GREEN, JR., Appellant. [724 NYS2d 387] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Cattaraugus County Court, Himelein, J.—Burglary, 3rd Degree.) Present—Pigott, Jr., P. J., Wisner, Scudder, Kehoe and Burns, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOIS KOENIG, Appellant. [729 NYS2d 921] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Connell, J.—Criminal Possession Forged Instrument, 2nd Degree.) Present—Pigott, Jr., P. J., Wisner, Scudder, Kehoe and Burns, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD LAWRENCE, Appellant. [729 NYS2d 921] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Ark, J.—Sodomy, 1st Degree.) Present—Pigott, Jr., P. J., Wisner, Scudder, Kehoe and Burns, JJ.